UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARCELLA LAWSON, *et al.*, </br>     *Plaintiffs*, </br> </br> *vs*. </br> </br> QINGDAO TAIFA GROUP CO., LTD., </br>     *Defendant*. | ) </br> ) </br> ) </br> )     1:10-cv-753-JMS-DKL </br> ) </br> ) </br> ) |

### ORDER ON DAMAGES

On February 19, 2013, the Court entered default judgment on the claims from Plaintiffs Marcella and Timothy Lawson's Amended Complaint that were against Defendant Qingdao Taifa Group Co., Ltd. ("Taifa"). [Dkts. 39; 96.] Although liability allegations in Plaintiffs' Amended Complaint are deemed admitted in light of Taifa's default, allegations regarding the amount of damages are not. *Dundee Cement Co. v. Howard Pipe & Concrete Products, Inc.*, 722 F.2d 1319, 1323 (7th Cir. 1983) (citation omitted); *see also In re Catt*, 368 F.3d 789, 793 (7th Cir. 2004) ("Even when a default judgment is warranted based on a party's failure to defend, the allegations in the complaint with respect to the amount of damages are not deemed true.").

On April 26, 2013, the Court held a hearing on damages. [Dkt. 96.] Plaintiffs were present in person and by counsel, Christopher J. McElwee and Terry L. Monday. Notice of the hearing was mailed to Defendant Qingdao Taifa Group Co., Ltd., but it did not appear at the hearing. Plaintiffs called Marcella Lawson, who was placed under oath and testified. Plaintiffs then called Timothy Lawson, who was placed under oath and testified. Plaintiffs' Exhibits A, B, C, and D were admitted into evidence. The matter was taken under advisement at the conclusion of the hearing, and the Court now rules as follows:

Based on the evidence presented at the hearing, the Court finds that Plaintiffs are entitled to damages in the following amounts:

- $170,723.95 for Ms. Lawson's medical bills
- $811,200 for Ms. Lawson's wage loss
- $811,200 for Ms. Lawson's pain, suffering, and loss of consortium
- $200,000 for Mr. Lawson's pain, suffering, and loss of consortium

Accordingly, the Court awards Plaintiff Marcella Lawson **$1,793,123.95,** and Plaintiff Timothy Lawson **$200,000** on their claims against Taifa.  Judgment will enter accordingly.

The Court reporter was Jean Knepley.

04/26/2013

*[signature: Jane Magnus-Stinson]*

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution by U.S. Mail to:**

Qingdao Taifa Group Co., Ltd.
No. 185, Beijing Zhong Road
Jiaonan, Qingdao City
Shandong, China 266071

**Distribution via ECF only:**

A. Kristine Lindley
SKILES DETRUDE
klindley@skilesdetrude.com

Christopher J. McElwee
MONDAY RODEHEFFER JONES & ALBRIGHT
cmcelwee@mrjalaw.com

Terry L. Monday
MONDAY RODEHEFFER JONES & ALBRIGHT
tmonday@aol.com

Richard Robert Skiles

- 3 -

SKILES DETRUDE
rskiles@skilesdetrude.com

- 3 -